**Order entered April 21, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00358-CV**

**IN RE K&L AUTO CRUSHERS, LLC AND THOMAS GOTHARD, JR.,**
**Relators**

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07502**

**ORDER**
Before Justices Myers, Nowell, and Goldstein

Based on the Court's opinion of this date, we **DISMISS** relators' petition for

writ of mandamus. We also **DENY** relators' motion for temporary relief as moot.


      /s/    ERIN A. NOWELL
            JUSTICE